# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

THOMAS KIRACOFE,

        Plaintiff,

v.

STACY LAKOTAS, Officer GARLINGTON, and Officer JOHN DOE,

        Defendants.

Civ. No. 14-992 (PAM/JJG)

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Jeanne J. Graham dated May 21, 2014. No objections have been filed to the R&R in the time period permitted.

Based on the R&R, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 4) is **ADOPTED**;

2. Plaintiff's Application To Proceed In Forma Pauperis (Docket No. 2), is **DENIED AS MOOT**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 12, 2014

        *s/ Paul A. Magnuson*
        Paul A. Magnuson
        United States District Court Judge